UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE HART,

Plaintiff,

v.

NELNET SERVICING LLC, et al.,

Defendants.

Case No. 26-cv-03534-SI

**ORDER DISMISSING ACTION**

On July 7, 2026, plaintiff's complaint was dismissed, with leave to amend, for failure to state a claim. Dkt. No. 8. The time to amend has now passed and no amended complaint has been filed. Therefore, the complaint is dismissed with prejudice, and the case closed.

**IT IS SO ORDERED**.

Dated: August 10, 2026

Susan Illston

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California